Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard in person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: <<CmsHearingStart>>

Case: 1:24-cv-10828 Document #: 1-2 Filed: 10/21/24 Page 1 of 13 PageID #:5

FILED
7/30/2024 1:28 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L008304
Calendar, N
28727625

FILED DATE: 7/30/2024 1:28 PM  2024L008304

H24-424

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT LAW DIVISION

| MEDLINE INDUSTRIES, LP., an Illinois Limited Partnership<br><br>Plaintiff<br>VS.<br>KAMALPREET BHALLA, an individual and DBA BHALLA PROPERTY MANAGEMENT LLC<br><br>Defendant | No:<br><br>Amount Claimed: $127,210.08 plus additional interest and costs<br><br>Return Date: 2024L008304 |
|---|---|

## COMPLAINT AT LAW

## BREACH OF CONTRACT

MEDLINE INDUSTRIES, LP., an Illinois Limited Partnership, ("Medline,") by and through its attorneys, THE CKB FIRM, complains of KAMALPREET BHALLA, an individual and DBA BHALLA PROPERTY MANAGEMENT LLC ("Bhalla,") as follows:

1. Medline is engaged in the business of selling medical equipment.
2. Bhalla signed and submitted a credit application to Medline. A copy of the Customer Application Form and Agreement ("Agreement") is attached as Exhibit "A."
3. The Agreement provided Bhalla to submit to the jurisdiction of the courts of Cook County in the State of Illinois.
4. Bhalla placed orders, in the State of Illinois, for the goods summarized on the open invoice summary attached as Exhibit "B."
5. Under the terms of the Agreement, Bhalla agreed to pay to Medline $125,010.61 for the goods.
6. Medline delivered the goods to Bhalla.
7. Bhalla accepted the goods.
8. Bhalla has breached the Agreement by failing to pay for the goods in the amount of $125,010.61.
9. Medline has made demand upon Bhalla for the payment of $125,010.61 , and Bhalla has

refused and continues to refuse to make payment.

10. Pursuant to the Agreement, Bhalla has agreed to pay Medline 18% interest per annum for all past due amounts.

11. Beginning June 26, 2024, interest is due and owing from Bhalla to Medline in the amount of $1,849.47 through July 26, 2024 and $61.65 per day thereafter until judgment is entered.

12. Pursuant to the Agreement, Medline claims reasonable attorney's fees in the amount of $350.00 and additional reasonable attorney's fees as they accrue.

WHEREFORE, MEDLINE INDUSTRIES, LP., an Illinois Limited Partnership, respectfully requests entry of judgment against of KAMALPREET BHALLA, an individual and DBA BHALLA PROPERTY MANAGEMENT LLC in the amount of $125,010.61, interest in the amount of $1,849.47 through July 26, 2024 and $61.65 per day thereafter, and reasonable attorney's fees in the amount of $350.00 and additional reasonable attorney's fees as they accrue, for a total judgment of $127,210.08, plus additional interest and costs.

| THE CKB FIRM<br>Attorneys for Plaintiff<br>30 North LaSalle St., Suite 1520<br>Chicago IL 60602<br>312-704-8510<br>Firm No: 49952<br>legal@ckbfirm.com | Respectfully submitted,<br>Plaintiff herein,<br><br>MEDLINE INDUSTRIES, LP., an<br>Illinois Limited Partnership<br><br>*/s/ Michael S. Baim*<br>Michael S. Baim, Esq.<br>Attorney for Plaintiff |

FILED DATE: 7/30/2024 1:28 PM 2024L008304





Exhibit A

# Customer Credit Application

## Company Details (Sold-To)

| Field | Value |
|---|---|
| Sold To DBA Name* | Bhalla property management LLC |
| Sold to Legal Full Name* | bhalla property mangement llc |
| Note | *Use physical address NOT a PO Box* |
| Street Address* | 91 Van Cortlandt Ave W, Apt 2D |
| City* | Bronx |
| Country* | USA |
| State* | New York |
| Zip Code* | 10463-2748 |
| Phone* | 347-436-8494 |
| Fax | |
| Contact Person* | kamalpreet bhalla |
| Email* | amyvargas1989@gmail.com |

## Additional Information

| Field | Value |
|---|---|
| Business Category* | Dealer / Retail |
| Type of Business* | Laundry |
| Years in Business* | 10 |
| Business Structure* | LLC |
| Are you working with a Medline Sales Representative* | ○ Yes  ● No |
| Are you part of a Buying Group* | ○ Yes  ● No |

FILED DATE: 7/30/2024 1:28 PM   2024L008304



FILED DATE: 7/30/2024 1:28 PM   2024L008304

## Licensing

**Notice:** Prescription Drug and Prescription Device Licensing Requirements

**Information:** Before placing an order for a prescription drug and/or prescription device, Medline is required to obtain a copy of a valid license that authorizes these pur[chases]. Examples of acceptable licenses are Facility Pharmacy License, Institutional Pharmacy License, Wholesale Drug (or Device) Distributor License (both, if licenses for drugs/devices), and a Physician Authorization Form with a copy of the physician/medical director's license. Additionally, teaching institutions [that can not] obtain licenses in their state must provide a letter to certify Rx products are used for teaching purpose only. Failure to submit the appropriate license, or a [valid one, will result in] deletion of Rx items from your order(s). Please note: the address on the license must match the address of your bill to and/or ship to location. Fax all lic[enses or] email us at licensing@medline.com.

**Required*** ⊙ Check this box to acknowledge understanding of the above prescription drug and prescription device requirement

Do you plan on purchasing prescription drugs/devices and/or vaccines?

**Please Select Yes/No*** No

## Tax Exemption

**TAX EXEMPTION REQUIREMENTS:** *For Tax Exemption or Resale Status, a VALID tax exemption or resale certificate MUST be received before an account can be established. Each State [has different] requirements regarding the exemption of sales and use tax. However, in ALL CASES, the name of the entity listed as the "SOLD TO" or selling party, m[ust match] the entity the certificate was issued under by the state taxing authority.

Medline Industries & Subsidiaries has sales and use tax nexus in every state and is therefore required by law to charge sales tax unless a valid certificate [is on file for each] of the states. If the "SOLD TO" is NOT registered for exemption within the "Ship To State", and Medline will be drop shipping on your behalf to your custo[mer] within that state, tax will be assessed. In a limited number of States, a home state resale certificate, along with a No Nexus form may satisfy the requiren[ments. This] documentation must be provided at the time the account is established and must be periodically updated as required to receive an exemption from sales [tax].

**Upload Tax Exemption Certificate*** Are you Tax Exempt?*

⊙ Yes  ○ No

Click on New Row Button for multiple certificates

| New Row | | | | |
|---|---|---|---|---|
| States | Download | Upload | Effective D... | Expiry Date |
| New York | download | Image | 📅 | 📅 |

## W9 Form

**Note** **SIGNED AND DATED W9 IS REQUIRED TO ACTIVATE YOUR ACCOUNT**
**Please upload a current W9, tax exemption, and/or resale certificate where applicable**

Please download the W9 Form from this Url: https://www.irs.gov/pub/irs-pdf/fw9.pdf

**Upload W9 Form*** image (2).jpg
*[Note: Upload less than [size limit]]*

## Channels of Trade

1) Do you intend to ship or resell Medline products Outside the United States, either directly or through a freight forwarding company?

Please Select Yes/No*  ◯ Yes  ⦿ No

2) Do you intend to offer Medline products on any contract with the United States Government, and/or ship or resell Medline products to any Federal facility including, but not Veterans Affairs [VA] Medical Centers and clinics, Dept. of Defense [DOD] Hospitals/Installations, other U.S. Government Agencies, APO/FPO addresses outside the contin (CONUS), etc?

Please Select Yes/No*  ◯ Yes  ⦿ No

3) Do you intend to sell Medline products on the internet?

Please Select Yes/No*  ◯ Yes  ⦿ No

4) Do you intend to resell Medline products to any third party that sells via the Internet?

Please Select Yes/No*  ◯ Yes  ⦿ No

FILED DATE: 7/30/2024 1:28 PM    2024L008304



### Account Preferences

**Payment Method***    ○ Credit Card At Point Of Sale    ⊙ Medline Line of Credit

**Would you like to receive refunds via ACH?***    ○ Yes    ⊙ No

### Billing

**Where would you like invoices sent?***    ⊙ Same as Sold-to    ○ Other

**Email for Invoice Delivery:** ??*     bmkllc73@gmail.com

### Payer

**Instructions:** This section is to be filled only if the *Payment Method* is **Medline Line of Credit**.

**Where would you like statements sent?***    ○ Same as Sold-to    ⊙ Same as billing above    ○ Other

**Email for Statement Delivery:** ??*    bmkllc73@gmail.com

Case: 1:24-cv-10828 Document #: 1-2 Filed: 10/21/24 Page 7 of 13 PageID #:11

**MEDLINE**

## Terms and Conditions

Unless Credit Card Only is selected, invoices are due and payable within 30 days of invoice date for non-Physician Office customers and 30 Days EOM for Physician Office customers. All damaged goods must be made within two (2) days after receipt of goods. Failure to notify Medline shall constitute acceptance of goods, and waiver of any defect, damage, or shortage. Servi or as allowed by law will be assessed on all balances outstanding past specified credit terms. Customer consents to the jurisdiction of any state or federal court in Lake or Cook County, Stat liable for reasonable costs and legal fees incurred by Medline or any affiliate there to assist in the recovery of any Invoices in default. Any changes in these terms must be agreed to in writin Department. Customer agrees product purchased from Medline will not be (a) re-sold or further distributed to any third party, (b) exported out of the United States, or (c) disposed of contra regulation, including but not limited to laws and regulations pertaining to price gouging, embargoed countries and anti-boycott regulations. In the event Customer breaches the foregoing obl Medline, as liquidated damages and not as a penalty, 15% of the price of the Products improperly acquired and/or diverted. Liquidated damages are not Medline's sole remedy in the event o agreement you are also authorizing Medline to send you advertisements via fax and/or email.

BY COMPLETING AND RETURNING THIS APPLICATION TO MEDLINE, THE APPLICANT REPRESENTS THAT ALL OF THE INFORMATION CONTAINED IN THIS APPLIC CORRECT AND APPLICANT AGREES THAT IF ANY OF THE INFORMATION BECOMES OUTDATED OR IF APPLICANT LEARNS OF A POSSIBLE OR PENDING CHANGE MANAGEMENT OF IT OR ANY FACILITY, IT WILL IMMEDIATELY NOTIFY MEDLINE. THE APPLICANT FURTHER AGREES THIS AGREEMENT SHALL BIND APPLICAN REPRESENTATIVES, SUCCESSORS AND ASSIGNS.

**Terms and Conditions\*** ◉ Yes, I Agree to the Terms and Conditions

**For Applicant:**

**Name\*** kamalpreet bhalla

**Signature\*** [signature]

*Please use your mouse to sign*

**Title/Position With Company\*** owner

**Date\*** 04/25/2024

**Email Address\*** bmkllo73@gmail.com

FILED DATE: 7/30/2024 1:28 PM 2024L008304

FILED DATE: 7/30/2024 1:28 PM   2024L008304

```
Customer     2290119
Name         BRAJJA PROPERTY MANAGEMENT LLC
City         BRONX
Zip Code     10463-2746
Company Code MED1
```

Special GL Indicators (Column S):
B = Bankruptcy
C = Collection Agency Items
I = Interest Due

| Customer | Date | | | | | Amount | |
|---|---|---|---|---|---|---|---|
| 32467906 | 06/26/2024 | 2324233304 | | 2324233304 | | 422.46 | 25- |
| 52095317 | 06/25/2024 | 2324095702 | | 2324095702 | | 409.92 | 24- |
| 432287394S | 06/22/2024 | 2323872723 | | 2323872723 | | 147.82 | 21- |
| 56367789 | 06/22/2024 | 2323872722 | | 2323872722 | | 2,558.44 | 21- |
| 61794229 | 06/22/2024 | 2323872721 | | 2323872721 | | 236.07 | 21- |
| 90S578347 | 06/22/2024 | 2323872720 | | 2323872720 | | 1,041.24 | 21- |
| 431005589 | 06/20/2024 | 2323544088 | | 2323544088 | | 1,452.20 | 19- |
| 61794229 | 06/20/2024 | 2323544087 | | 2323544087 | | 1,127.40 | 19- |
| 6456789 | 06/14/2024 | 2323281986 | | 2323281986 | | 105.82 | 13- |
| 5613456 | 06/13/2024 | 2323270331 | | 2323270331 | | 74.96- | 18 |
| 51890379 | 06/13/2024 | 2322663332 | | 2322663332 | | 84.70 | 12- |
| 42001477 | 06/12/2024 | 2322016406 | | 2322016406 | | 251.22- | 19 |
| 6456789 | 06/12/2024 | 2322493917 | | 2322493917 | | 634.59 | 11- |
| 6192347912A2 | 06/11/2024 | 2322312154 | | 2322312154 | | 3,622.48 | 10- |
| 407992165397 | 06/11/2024 | 2322188565 | | 2322188565 | | 582.03 | 10- |
| 4169041S68326903B2 | 06/10/2024 | 2322188564 | | 2322188564 | | 867.70 | 10- |
| 97890787c2 | 06/10/2024 | 2322161510 | | 2322161510 | | 9,185.90 | 9- |
| 51890379 | 06/08/2024 | 2322088697 | | 2322088697 | | 3,741.50 | 9- |
| 42001477 | 06/07/2024 | 2322026406 | | 2322026406 | | 188.34- | 24 |
| 451190422 | 06/07/2024 | 2321933426 | | 2321933426 | | 7,463.66 | 6- |
| 432889966B | 08/06/2024 | 2321796702 | | 2321796702 | | 650.66 | 5- |
| 432889966B | 06/05/2024 | 2321613651 | | 2321613651 | | 3,209.82 | 4- |
| 85693 | 06/05/2024 | 2322615510 | | 2321613510 | | 3,175.67 | 4- |
| 432889968 | 06/03/2024 | 2322622247 | | 2322622247 | | 326.70 | 4- |
| 85693 | 06/03/2024 | 2321262248 | | 2321262248 | | 1,828.80 | 4- |
| 233540423 | 05/31/2024 | 2321176498 | | 2321176498 | | 54.56 | 2- |
| 42001477 | 05/31/2024 | 2321016406 | | 2321016406 | | 2,937.60 | 2- |
| 8667980 | 05/30/2024 | 2320908836 | | 2320908836 | | 632.00 | 2- |
| 733540423 | 05/30/2024 | 2320869884 | | 2320869884 | | 810.41 | 1- |
| 46910432858 | 05/30/2024 | 2320869883 | | 2320869883 | | 810.40 | 1- |
| 8667980 | 05/29/2024 | 2320682811 | | 2320682811 | | 124.82 | 3 |
| 431007558 | 05/29/2024 | 2320682810 | | 2320682810 | | 694.40 | 3 |
| 432287394S | 05/29/2024 | 2320682809 | | 2320682809 | | 23.25 | 3 |
| 42001477 | 05/29/2024 | 2320682808 | | 2320682808 | | 3,188.36 | 3 |
| 61794229 | 05/27/2024 | 2320536890 | | 2320536890 | | 274.92 | 5 |
| 56367789 | 05/25/2024 | 2320464227 | | 2320464227 | | 1,589.67 | 7 |
| 5633456 | 05/25/2024 | 2320439824 | | 2320439824 | | 54.00- | 7 |
| 733340423 | 05/25/2024 | 2320439823 | | 2320439823 | | 3,407.56 | 7 |
| 432889668 | 05/25/2024 | 2320439822 | | 2320439822 | | 438.60- | 7 |
| 8667980 | 05/25/2024 | 2320439818 | | 2320439818 | | 1,506.74 | 7 |
| 5208579D | 05/24/2024 | 2320318521 | | 2320318521 | | 1,828.80- | 38 |
| 8667980 | 05/24/2024 | 2320070335 | | 2320070335 | | 308.08- | 8 |
| 4328899668 | 05/24/2024 | 2320270334 | | 2320270334 | | 51.95 | 8 |

Customer 2290119
Name BHALLA PROPERTY MANAGEMENT LLC
City BRONX
Zip Code 10463-2746
Company Code NEDI

Special GL Indicators (Column S):
B = Bankruptcy
C = Collection Agency Items
I = Interest Due

| | | | | | | |
|---|---|---|---|---|---|---|
| 8566992 | 05/24/2024 | 2320270333 | | 2320270333 | 1,020.00 | B |
| 7996326 | 05/24/2024 | 2320270332 | | 2320270332 | 175.88 | B |
| 5613456 | 05/24/2024 | 2320270331 | | 2320270331 | 1,599.36 | B |
| 6456789 | 05/24/2024 | 2320270330 | | 2320270330 | 1,524.52 | B |
| 7996246 | 05/24/2024 | 2320270329 | | 2320270329 | 2,159.08 | B |
| 9057834 | 05/24/2024 | 2320270328 | | 2320270328 | 4,165.32 | B |
| 3245790 | 05/24/2024 | 2320270327 | | 2320270327 | 2,384.22 | B |
| 5613456 | 05/24/2024 | 2320270326 | | 2320270326 | 2,321.54 | B |
| 79568 | 05/23/2024 | 2320160349 | | 2320160349 | 212.40 | 9 |
| 6456789 | 05/23/2024 | 2320115903 | | 2320115903 | 634.59 | 9 |
| 5636789 | 05/23/2024 | 2320115902 | | 2320115902 | 1,283.20 | 9 |
| 5613456 | 05/23/2024 | 2320115901 | | 2320115901 | 270.00 | 9 |
| 5209531 | 05/23/2024 | 2320115900 | | 2320115900 | 40.92 | 9 |
| 5613456 | 05/23/2024 | 2320114499 | | 2320114499 | 312.88 | 9 |
| 753690 | 05/23/2024 | 2320114698 | | 2320114698 | 1,581.90 | 9 |
| ER ACH Return | 05/28/2024 | POLYEDTNX | | 1401423207 | 30,599.92 | 34 ER ACH Return - ACCOUNT CLOSED |
| ER ACH Return | 05/25/2024 | XSR804133 | | 1401410077 RET | 27,956.52 | 39 ER ACH Return - ACCOUNT CLOSED |
| Account 2290119 | | | | | 125,010.61 | |
| Special G/L Ind. * | | | | | 125,010.61 | |
| ** B | | | | | 125,010.61 | |
| *** | | | | | 125,010.61 | |
| **** | | | | | | |

## In the Circuit Court of Cook County, Law Division

FILED
10/4/2024 4:36 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L008304
Calendar, N
29660674

MEDLINE INDUSTRIES, LP., AN ILLINOIS
LIMITED PARTNERSHIP,

    Plaintiff(s),

vs.

KAMALPREET BHALLA, AN INDIVIDUAL AND
DBA BHALLA PROPERTY MANAGEMENT LLC,

    Defendant(s).

Case No.: 24L-008304

**AFFIDAVIT OF SERVICE**



On 9/19/24 at 11:25 AM /~~PM~~, I served the within SUMMONS/COMPLAINT on KAMALPREET BHALLA, AN INDIVIDUAL AND DBA BHALLA PROPERTY MANAGEMENT LLC, Defendant(s).

Said service was effected at 91 Van Cortlandt ave w apt 2D Bronx 1/14/80 10463

in the following manner:

[X] **Registered Agent:** By leaving a copy of the SUMMONS/COMPLAINT with Kamalpreet Bhalla, the registered agent of KAMALPREET BHALLA, AN INDIVIDUAL AND DBA BHALLA PROPERTY MANAGEMENT LLC.

[ ] **Officer/Agent:** By leaving a copy of the SUMMONS/COMPLAINT with:
_____, _____, who is an officer or agent of KAMALPREET BHALLA, AN INDIVIDUAL AND DBA BHALLA PROPERTY MANAGEMENT LLC.

[ ] **Other:** By leaving a copy of the SUMMONS/COMPLAINT with:
_____, _____.

Addl Comments: _____

Description of person process was left with:
Sex: M   Race: W   Approx. Age: 35   Height: 6'0"   Weight: 250-275

Signed and sworn to before me on
this 19 day of September, 2024.

X _____
DOMINIC DELLAPORTE
(Print Name/Perc#) Dominic Dellaporte

THE CKB FIRM
30 N. LaSalle Street, Suite 1520
Chicago, IL RetDate FileDate 08/27/2024

_____
Notary Public

EVAN COHAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02CO4998577
Qualified in Rockland County
Commission Expires June 29, 2024


1341473

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, N

FILED
8/27/2024 1:04 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L008304
Calendar, N
29122374

FILED DATE: 10/4/2024 4:36 PM  2024L008304
FILED DATE: 8/27/2024 1:04 PM  2024L008304

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT LAW DIVISION**

| | | |
|---|---|---|
| MEDLINE INDUSTRIES, LP., an, Illinois Limited Partnership, | ) ) ) | No. 24L-008304 |
| | ) | Amount Claimed: $127,210.08 |
| Plaintiff, | ) ) | plus additional interest and costs |
| v. | ) ) | **PLEASE SERVE:** |
| KAMALPREET BHALLA, an individual and DBA BHALLA PROPERTY MANAGEMENT LLC | ) ) ) | KAMALPREET BHALLA, an individual and DBA BHALLA PROPERTY MANAGEMENT LLC 290 LOCKWOOD AVE |
| Defendant(s). | ) ) ) | NEW ROCHELLE NY 10801-4856 |

## ALIAS SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the office of the Richard J. Daley Center, Chicago, Illinois within 30 days after service of this summons, not counting the date of service.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org. If you are unable to pay your court fees, you can apply for a fee waiver. for information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF IN THE COMPLAINT, A COPY WHICH IS HERETO ATTACHED.

To the officer:
This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

THERE WILL BE A FEE TO FILE
YOUR APPEARANCE, IF CLAIM
IS $1,500.00 OR LESS, FEE WILL
BE $176.00 OVER $1,500.00, LESS THAN $15,000.00
THE FEE WILL BE $186.00; OVER $15,000.00
THE FEE WILL BE $206.00

WITNESS_____

8/27/2024 1:04 PM IRIS Y. MARTINEZ
Clerk of the Court

THE CKB FIRM
Attorneys for Plaintiff
30 N. LaSalle Street, Suite 1520
Chicago, IL 60602
(312) 704-8510
Firm No. 49952; legal@ckbfirm.com

Date of Service: _____, 20___.
(to be inserted by officer on copy left with Defendant or other person)



| Order | (02/25/21) CCG 0002 |
|---|---|

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Medline Industries, LP

v.

No. 24L-008304

Kamalpreet Bhalla,

### ORDER

This matter coming before this Honorable Court for initial case management, counsel for the Plaintiff appearing via Zoom and the Court advised in the premises

IT IS HEREBY ORDERED this matter is set for status of appearance on November 6, 2024 at 9:45 am in room 2020.

IT IS FURTHER ORDERED Plaintiff to notify Defendant.

Zoom Information: Meeting ID: 972 4167 2936; Passcode: 909053

Attorney No.: 49952
Name: The CKB Firm
Atty. for: Plaintiff
Address: 30 N LaSalle St, Ste 1520
City/State/Zip: Chicago, IL 60602
Telephone: 312-704-8510; legal@ckbfirm.com

ENTERED:

ENTERED
Judge Mary Colleen Roberts-1937
OCT 0 1 2024
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Dated: _____

_____
Judge     /937     Judge's No.

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**