**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MEDLINE INDUSTRIES, LP., | ) | |
| An Illinois Limited Partnership | ) | |
| | ) | |
| Plaintiffs, | ) | No. 24-cv-10828 |
| | ) | |
| v. | ) | Hon. J. Sharon Johnson Coleman |
| | ) | |
| KAMALPREET BHALLA, an individual | ) | |
| DBA BHALLA PROPERTY | ) | |
| MANAGEMENT LLC | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO REMAND

Defendant Kamalpreet Bhalla ("Defendant"), by and through his attorney, presents his motion to remand this matter, and in support of this motion states as follows:

1. On October 21, 2024, Defendant removed this matter from the Circuit Court of Cook County to this Court based on diversity jurisdiction. Defendant is a citizen of New York and Plaintiff is an Illinois Limited Partnership.

2. Following the removal of this matter, Plaintiff contacted Defendant to provide information that one of its partners, Blackstone, Inc. is a New York business entity, and that jurisdiction is improper.

3. Prior to removing this matter, and after receiving notice of Plaintiff's diversity objection, Defendant conducted a search of Illinois' Secretary of State business database and other public sources but could not find any public record noting Blackstone, Inc. as a partner of Medline Industries, LP. Counsel for Defendants provided the attached declaration from a representative of Plaintiff noting that Blackstone, Inc. is a partner of Plaintiff Medline Industries, LP that is several layers removed. Decl. of Liberman ("Exhibit A").

4. Based on Plaintiff's representations, Defendant acknowledges that there is a lack of diversity due to Blackstone, Inc. also being a citizen of New York for diversity purposes. For this reason, Defendant seeks an order remanding this matter back to the Circuit Court of Cook County, *Medline Industries, LP v. Bhalla*, No. 2024L008304 (Cir. Ct. Cook Cty. filed July 30, 2024).

**WHEREFORE**, Defendant Kamalpreet Bhalla respectfully requests that this Court:

1. Remand this matter back to the Circuit Court of Cook County in the matter of *Medline Industries, LP v. Bhalla*, No. 2024L008304 (Cir. Ct. Cook Cty. filed July 30, 2024); and

2. For any other relief this Court deems just and necessary.

Respectfully Submitted,

*/s/ Benjamin Lockyer*
Benjamin C.R. Lockyer

Lockyer Law LLC
6515 W. Archer Ave.
Chicago, Illinois 60638
ben@lockyerlaw.com
(773) 340-0011
Atty Code: 100624