IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MEDLINE INDUSTRIES, LP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-cv-10828 |
| | ) | |
| KAMALPREET BHALLA, ET AL., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DECLARATION OF ALEX LIBERMAN</u>**

I, Alex Liberman, hereby declare as follows:

1. I am the General Counsel of Medline Industries, LP. I am over the age of 18, and have personal knowledge of the following facts.

2. Medline Industries, LP ("Medline Industries") is a limited partnership.

3. The sole limited partner of Medline Industries is Medline Borrower, LP ("Borrower"), which is a limited partnership.

4. The sole limited partner of Borrower is Medline Intermediate, LP ("Intermediate"), which is a limited partnership.

5. The sole limited partner of Intermediate is Mozart Holdings, LP ("Holdings"), which is a limited partnership.

6. One of Holdings' limited partners is itself a limited partnership ("Limited Partnership A").

7. The general partner of Limited Partnership A is a limited liability company ("Limited Liability Company A").

8. One of the members of Limited Liability Company A is a limited partnership ("Limited Partnership B").

9. The general partner of Limited Partnership B is a limited liability company ("Limited Liability Company B").

10. One of the members of Limited Liability Company B is a limited partnership ("Limited Partnership C").

11. The general partner of Limited Partnership C is a limited liability company ("Limited Liability Company C").

12. The sole member of Limited Liability Company C is Blackstone Inc.

13. Blackstone Inc. is a corporation organized under the laws of the State of Delaware whose principal executive offices, as disclosed in its public filings with the Securities and Exchange Commission, are located at 345 Park Avenue, New York, New York 10154.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____

Dated: November 14, 2024

14845490_1